UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BYRON M. AGUIRRE, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>MIDLAND CREDIT MANAGEMENT, INC.,<br><br>　　　　　　　　　　　　Defendant. | Case No.: 20-cv-812-CAB-JLB<br><br>**ORDER ON JOINT MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>[Doc. No. 4] |

　　　The parties' Joint Motion to Extend Defendant's Time to Respond to the complaint [Doc. No. 4], is hereby **GRANTED**. Defendant must answer or otherwise respond to the complaint by **July 20, 2020**.

　　　It is **SO ORDERED.**

Dated: July 2, 2020

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Hon. Cathy Ann Bencivengo
　　　　　　　　　　　　　　　　　　United States District Judge