**WAJDA LAW GROUP, APC**
Nicholas M. Wajda (State Bar No. 259178)
3111 Camino Del Rio North
Suite 400
San Diego, CA 92108
Telephone: 310-997-0471
Facsimile: 866-286-8433
E-Mail: nick@wajdalawgroup.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BYRON M. AGUIRRE, individually, and on behalf of all others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>MIDLAND CREDIT MANAGEMENT, INC.,<br><br>Defendant. | Case No. 3:20-cv-00812-CAB-JLB<br><br>**NOTICE OF SETTLEMENT** |

**PLEASE TAKE NOTICE** that Byron M. Aguirre (the "Plaintiff") and Midland Credit Management, Inc. (the "Defendant"), hereby notify the Court the parties have reached settlement. The Parties propose to file a dismissal with prejudice within 60 days of submission of this Notice of Settlement and pray the Court to stay all proceedings until that time.

Date: July 16, 2020                                    Respectfully submitted,

                                                       By: */s/ Nicholas M. Wajda*
                                                       Nicholas M. Wajda (State Bar No. 259178)
                                                       **WAJDA LAW GROUP, APC**
                                                       3111 Camino Del Rio North, Suite 400
                                                       San Diego, CA 92108
                                                       Telephone: 310-997-0471
                                                       Email: nick@wajdalawgroup.com
                                                       *Attorney for Plaintiff*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

*s/ Nicholas M. Wajda*
Nicholas M. Wajda